AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)



# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Clifton Demont Hall
    Plaintiff

V.

Arresting Officers/John R. Garey
Edward S. Callaway/William S. Lee

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 - 241

I, Clifton Demont Hall _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration Howard R. Young Correctional Ins.

   **Inmate Identification Number (Required):** 277466

   Are you employed at the institution? no   Do you receive any payment from the institution? no

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. n/a

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. $25.00 11/18/05 Sea Esta Motel Dewey Beach De. Hwy.1

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | ☑ |
   | b. | Rent payments, interest or dividends | | ☑ |
   | c. | Pensions, annuities or life insurance payments | | ☑ |
   | d. | Disability or workers compensation payments | ☑ | ☑ |
   | e. | Gifts or inheritances | ☑ | |
   | f. | Any other sources | ☑ | |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Gift=$75.00 I have recieved and I am expecting to recieve 0 dollars in the future. Employment=approximately $700.00 prior to incarceration within the last year.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   • • Yes   ✓ No

    If "Yes" state the total amount  $n/a

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
    • • Yes   ✓ No

    If "Yes" describe the property and state its value.  n/a

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.  none

I declare under penalty of perjury that the above information is true and correct.

_4/9/06_
DATE

_[signature]_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE  19801
(BUSINESS ADDRESS)

# Memorandum

To:     Clifton Hall    Dorm 1

From:   Ms. Hill  (Business Office)

Date:   March 31, 2006

Re:     Response to your letter.

---

Mr. Hall,

Here is a copy of your resident account history per your request.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
03/31/06 10:33
ST 007 / OPR JMH

SBI             : 277466
Resident Name   : HALL, CLIFTON
Time Frame      : 04/30/2005 10:14 - 03/31/2006 10:33

--------------------------------------------------------------------------------
Date         Time   Type            ST   OPR   Receipt #       Amount     Balance
--------------------------------------------------------------------------------

04/30/2005   10:14  Reopen          5    bsf   E7993             1.67        1.67
05/02/2005   10:24  Order           2    DDT   B61725            1.61        0.06
01/19/2006   09:05  Add             6    KTS   F16335           14.69       14.75
01/23/2006   12:54  Order           2    DDT   B97990           14.67        0.08
02/02/2006   11:54  Add             4    SEA   D41272           40.00       40.08
02/06/2006   12:33  Order           2    DDT   B100104          34.43        5.65
02/13/2006   11:43  Order           2    DDT   B101090           5.57        0.08
03/07/2006   12:53  Add             4    SEA   D43494           15.00       15.08
03/10/2006   13:58  Rec Payment     7    jmh   G9574             0.37       14.71
03/13/2006   09:05  Order           2    DDT   B105441          11.66        3.05
03/15/2006   14:52  Rec Payment    10    LIH   J1446             1.25        1.80
03/16/2006   14:54  Rec Payment     7    jmh   G9913             1.00        0.80
03/20/2006   09:19  Order           2    DDT   B106582           0.78        0.02
03/28/2006   12:52  Add             4    SEA   D44749           20.00       20.02
03/29/2006   11:03  Rec Payment    10    bsp   J1975             1.00       19.02
03/29/2006   11:16  Rec Payment    10    bsp   J1984             0.50       18.52
03/29/2006   11:22  Rec Payment    10    bsp   J1987             1.00       17.52
03/29/2006   11:35  Rec Payment    10    bsp   J1996             2.00       15.52
03/29/2006   11:36  Rec Payment    10    bsp   J1997             0.75       14.77
```