(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) Clifton Demont Hall  277466
 (Name of Plaintiff)     (Inmate Number)
Howard R Young Correctional Inst.
1301 East 12th street
Wilmington De.19809
(Complete Address with zip code)

(2) N/A                   N/A
 (Name of Plaintiff)     (Inmate Number)

N/A
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) Arresting Officers(names unknown)

(2) John R. Garey(prosecuting attorney)

(3) Edward S. Calloway(defense attorney)
 (Names of Defendants)
(Please See Next Sheet Con t.)
(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• Jury Trial Requested

FILED
APR 11 006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

(4) William Swain Lee
(name of defendant)

(4)Name of fourth defendant:William Swain Lee

Employeed as Superior Court Judge at Sussex County Courthouse

Mailing address with zip code : Sussex County Courthouse
1 The Circle,Suite #2 Georgetown,De.19947

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes  · ·No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes  · ·No

C. If your answer to "B" is Yes:

1. What steps did you take? On 3/5/06 I filed a grievance at Howard R.Young Correctional Inst. #06-24963.

2. What was the result? Unacceptable due to 7 day time frame/ not within the realm and/or jurisdiction.(legal).

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Arresting Officers(names unknown) case# 92S02580 DI

Employed as State police at Troop#4

Mailing address with zip code: 330 South Dupont Hwy.Rt.113 Georgetown De.19947

(2) Name of second defendant: John R.Garey

Employed as State prosecuter at Sussex County Dept.Just.

Mailing address with zip code: Sussex County 114 E.Market Street Georgetown,De.19947

(3) Name of third defendant: Edward S. Calloway

Employed as Public Defender at Sussex County Office

Mailing address with zip code: 14 The Circle Georgetown De.19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 6/12/1992 Petitioner Clifton D.Hall was arrested for burglary 3rd and theft of firearm which proceeded in Sussex County Superior Court case#92S02580 DI.Petitioner was not 18years of age which was unconstitutional under Delaware law as well as the U.S.Constitution.On 7/31/1992 Petitioner Clifton D.Hall was prosecuted by State prosecution Mr.John R.Garey for burglary 3rd] and theft of firearm in Sussex County Superior Court case#92S02580 DI and sentenced by Judge William Swain Lee.Petitioner was not 18 years of age which was unconstitutional under Delaware law as well as U.S.Constitution.On 7/31/1992 Petitioner Clifton D.Hall was represented by public defender Edward S.Calloway on case# 92S02580 DI in Sussex County Superior Court.Inaddition, as the RESPONSIBILITY OF ARRESTING OFFICERS, STATE PROSECUTION, DEFENSE COUNSEL, AND THE HONORABLE JUDGE WILLIAM SWAIN LEE they should have known that defendant was not 18years of age.However, defendant was arrested,prosecuted and convicted ILLEGALLY by law.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Wheras,Petitioner is praying to the court to find that petitioners 14th amendment and due process which is guaranteed to every citizen has been violated by defendants in this case,along with the 8th amendment of the U.S.Constitution and Delawares Constitution has been violated,Futhermore the 14th

3

2. amendment which guarantees equal protection of the law has been totally ignored in the proceedings held at bar in petitioners case. Petitioner seeks to have this case removed from his record in its entirety(i.e.violations); to be compensated for the restitution that he paid, inaddition to be compensated for the 9years incarceration and probation served at levels 3,4,and5.

3. Specifically due to this matter Petitioner was declared a habitual criminal and sentenced accordingly. Petitioner was nearly sentenced to life imprisonment (45years) DUE TO THE UNCONSTITUTIONAL ACTIONS OF THE DEFENDANTS IN THIS MATTER.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of April, 2006.

_Cliff Hill_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

