IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON DEMONT HALL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-241-JJF |
| ARRESTING OFFICERS (NAMES UNKNOWN), JOHN R. GAREY, EDWARD S. CALLOWAY, WILLIAM SWAIN LEE, | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
MAY 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Clifton Demont Hall, SBI # 277466 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.99 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 24th, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 8th, 2006.

_____
Signature of Plaintiff

WILMINGTON DE 197
09 MAY 2006 PM 3 L

Clerk office
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801

Clifton D. Hall
H.R.Y.C.I.
1301 East 10th St.
Wilmington, DE. 19809