Clifton Demont Hall
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De. 19809

Date: May 22, 2006

The Honorable Judge Joseph J. Farnan, Jr. (JJF)
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801

Re: 1:06-CV-241 (JJF)
Amendment of Civil Complaint



Please be advised that the compaint in this matter case #: 1:06-CV-241 (JJF), was submitted against each named defendant in thier individual capacity Not as within thier Job Positions or titles to allow Immunity on the matters addressed in the complaint.

In addition, defendant (1) was/is listed as Arresting Officers (names unknown) to assist the court with identifying the names of these specific individuals due to Plaintiff's limited resources to locate that information.

Therefore, each named defendant is not entitled to Sovereign Immunity due to the unConstitutionality And this complaint being in thier individual capacity.

Date: May 22, 2006

Clifton Hall
Respectfully Submitted,

Clifton D. Hall
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De. 19809

Attn: Judge Joseph J. Farnan (JJF)
Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801