Clifton Demont Hall
Howard R. Young Correctional Inst.
P.O. Box 9561
Wilmington, Delaware 19809

Date: May 29th, 2006

Amendment to Civil Complaint Statement of Claim
Under Rule 15

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 MAY 31 PM 2:42 BD Scanned

RE: Case # 1:06-CV-241 (JJF)

On June 12th, 1992 I was arrested while employeed at Bonanza Family Resturant, by Delaware State Police out of Troop #4 in Georgetown where I was interrogated on the charges and incident that occured. (Please see Case # 92S02580 DI for charges). I was then introduced to two undercover detectives with the drug task force I was told to cooperate with or I would be sent to prison. At the time this occured I was a Juvenile Delinquent Child and was totally denied my Constitutional Rights and Delaware Law guaranteed to me by the United States Constitution of America. In addition the Federal Juvenile Procedure Act has been totally ignored in this matter. I was a scared Child with no Knowledge of the Law. The arresting officers and undercover detectives took advantage of me by violating my Constitutional Rights and Delaware Law to apprehend a well known drug dealer (Mr. Lester Hickman) who was employeed with me at Bonanza Family Resturant. It is a fact that Delaware State Police arresting officers were well aware of my date of birth being 12-28-74, and that I was a Juvenile prior to contacting me on June 12th, 1992. In addition defendants John R. Garey, Edward S. Callaway and William Swain Lee totally ignored my rights
(Con't.). →

Under the Juvenile Procedure Act and United States Constitution in the Sussex County Superior Court which was not in thier professional responsibility. Sussex County Superior Court did not have jurisdiction to prosecute me, convict and sentence me which resulted in 9 years incarceration at levels 3, 4, and 5. John R. Garey, Edward S. Callaway and William Swain Lee in addition to arresting officers and detectives supported each other to violate my rights guaranteed to me by the United States of America.

Date: May 29th, 2006

Clifton Demont Hall
Respectfully Submitted,

Clifton Hall
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De. 19809

WILMINGTON DE 197
30 MAY 2006 PM 1 T

U.S.M.S
X-RAY

Attn: Judge Joseph J. Farnan, Jr. (JJF)
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801