IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CLIFTON DEMONT HALL,            )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civ. No. 06-241-JJF
                                )
ARRESTING OFFICERS, JOHN        )
R. GAREY, EDWARD S.             )
CALLOWAY, and WILLIAM           )
SWAIN LEE,                      )
                                )
        Defendants.             )

### ORDER

On June 13, 2006, Plaintiff Clifton Demont Hall's complaint was dismissed without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). (D.I. 8.) The order incorrectly referred to a $250.00 filing fee, rather than a $350.00 filing fee.

THEREFORE, at Wilmington this 26 day of June, 2006, IT IS HEREBY ORDERED that the June 13, 2006, order is amended as follows: Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE